UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENYS IARMAK,<br><br>Defendant. | NO. CR19-257RSM<br><br>ORDER TO SEAL |

Having reviewed and considered the United States' Motion to Seal and the United States' Notice of Related Cases and Request for Reassignment, and the information regarding non-public matters contained therein;

It is hereby ORDERED that the United States' Notice of Related Cases and Request for Reassignment, and the associated Motion and this Order, filed in the above-captioned matter, shall remain SEALED.

DATED this 6th day of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Steven Masada*
STEVEN MASADA
Assistant United States Attorney

Order to Seal - 1
*U.S. v. Iarmak,* CR19-257RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970