01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 | UNITED STATES OF AMERICA, ) 
| ) CASE NO. CR19-257-RSM
09 |      Plaintiff, )
| )
10 |     v. )
| ) DETENTION ORDER
11 | DENYS IARMAK, )
| )
12 |      Defendant. )
| _____ )

13

14  Offense charged:     Conspiracy to Commit Wire and Bank Fraud; Wire Fraud (13 counts);

15  Conspiracy to Commit Computer Hacking; Accessing a Protected Computer in Furtherance of

16  Fraud (3 counts); Intentional Damage to a Protected Computer (3 counts); Access Device

17  Fraud; Aggravated Identity Theft (3 counts); Forfeiture Allegations

18  Date of Detention Hearing:    May 22, 2020.

19       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

21  that no condition or combination of conditions which defendant can meet will reasonably assure

22  the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02         1.    Defendant is a Ukrainian national who was extradited from Thailand.   His last

03  known address was in Ukraine, which bars extradition.   Defendant has no known ties to this

04  District.   Defendant was not interviewed by Pretrial Service, so most of his background

05  information is unknown or unverified.   Defendant does not contest detention.

06         2.    Defendant poses a risk of nonappearance based on status as a Ukraine national

07  and lack of background information.   Defendant poses a risk of economic danger based on the

08  nature and circumstances of the offense.

09         3.    There does not appear to be any condition or combination of conditions that will

10  reasonably assure the defendant's appearance at future Court hearings while addressing the

11  danger to other persons or the community.

12  It is therefore ORDERED:

13  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

14      General for confinement in a correction facility;

15  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16  3.  On order of the United States or on request of an attorney for the Government, the person

17      in charge of the corrections facility in which defendant is confined shall deliver the

18      defendant to a United States Marshal for the purpose of an appearance in connection with a

19      court proceeding; and

20

21

22

DETENTION ORDER
PAGE -2

01    4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

02          the defendant, to the United States Marshal, and to the United State Probation Services

03          Officer.

04          DATED this <u>22nd</u> day of May, 2020.

05

06

                                        Mary Alice Theiler
07                                      United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3