AO (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

United States of America
v.

DENYS IARMAK,
aka "Denys Olegovich Iarmak,"
aka "Denys Yarmak,"
aka "Denis Jarmak,"
aka "GakTus,"
aka "denis.jarmak,"

Case No. CR19-257 RAJ

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay DENYS IARMAK, who is accused of an offense or violation based on the following document filed with the court:

X Indictment    _ Superseding Indictment    _ Information    _ Superseding Information    _ Complaint

_ Probation Violation Petition    _ Supervised Release Violation Petition    _ Violation Notice    _ Order of Court

This offense is briefly described as follows:
Count 1 – Conspiracy to Commit Wire and Bank Fraud 18:1349
Counts 2-15 – Wire Fraud 18:1343
Count 16 – Conspiracy to Commit Computer Hacking 18:371
Counts 17-19 – Accessing a Protected Computer in Furtherance of Fraud 18:1030(a)(4), 1030(b), 1030(c)(3)(A) and 2
Counts 20-22 – Intentional Damage to a Protected Computer 18:1030(a)(5)(A), 1030(b), 1030(c)(4)(B), and 2
Count 23 – Access Device Fraud 18:1029(a)(3), 1029(b)(1), 1029(c)(1)(A), and 2
Count 24-26 – Aggravated Identity Theft 18:1028A(a) and 2

Date: December 13, 2019

_____
*Issuing officer's signature*

City and state: Seattle, WA

*Stefanie Prather, Deputy Clerk*
*Printed name and title*

AO (Rev. 11/11) Arrest Warrant

| Return |
|---|
| This warrant was received on (date) 12/13/2019, and the person was arrested on (date) 05/21/2020 at (city and state) Seattle, WA. |
| Date: 05/21/2020 |
| Arresting officer's signature |
| FOR SA TBJ |
| Printed name and title |