Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENYS IARMAK<br><br>Defendant. | No. CR19-257-RSM<br><br>**COMBINED MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE AND ORDER OF FORFEITURE**<br><br>NOTE ON MOTION CALENDAR:<br>April 1, 2022 |

## I. MOTIONS

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b) for entry of:

1. A Preliminary Order of Forfeiture, forfeiting proceeds of, and property that facilitated, the Conspiracy to Commit Computer Hacking, as charged in Count 16, in violation of 18 U.S.C. § 371, pursuant to 18 U.S.C. § 982(a)(2)(B) and 1030(i); and

2. An Order of Forfeiture, forfeiting a sum of money in the amount of $100,000 representing proceeds the Defendant personally obtained as a result of the Conspiracy to Commit Wire Fraud, as charged in Count 1, in violation of 18 U.S.C. § 1349, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Combined Motion for Entry of a Preliminary Order of
Forfeiture & Order of Forfeiture- 1
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## A. Motion for a Preliminary Order of Forfeiture

The United States moves for a Preliminary Order forfeiting, to the United States, Defendant Denys Iarmak's interest in the following property ("Subject Property"):

1. One (1) laptop identified as FBI evidence item 1B222;
2. One (1) silver Dell XPS laptop, bearing no. 2RR74H2, with charger, identified as FBI evidence item 1B208;
3. One (1) black Xiaomi A1 cell phone, with a note labeled "password: 19871988", identified as FBI evidence item 1B207;
4. Two (2) Sandisk Micro Chip 16 GIGABYTE Motorola MicroSD cards, identified as FBI evidence item 1B206;
5. One (1) Sandisk 32 GIGABYTE thumbdrive, identified as FBI evidence item 1B205;
6. One (1) black Xiaomi A2 cell phone, with a note labeled "password: 007700", identified as FBI evidence item 1B204;
7. One (1) Sandisk Cruzer Blade 64 GIGABYTE thumbdrive, identified as FBI evidence item 1B203; and
8. One (1) phone/laptop charging cord, identified as FBI evidence item 1B202.

## B. Motion for an Order of Forfeiture

The United States moves for an Order of Forfeiture, forfeiting, to the United States, Defendant Denys Iarmak's interest in the following property:

- A sum of money in the amount of $100,000 representing, in part, the proceeds the Defendant obtained as a result of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349.

The Defendant has acknowledged this sum of money is separate and distinct from the restitution that is ordered in this case.

///

Combined Motion for Entry of a Preliminary Order of
Forfeiture & Order of Forfeiture- 2
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## II. LEGAL AND FACTUAL BASIS FOR MOTIONS

These motions are based on the following procedural facts, which are reflected in the pleadings filed and docket entries made in this matter.

On November 22, 2021, the Defendant entered pleas of guilty to Conspiracy to Commit Wire Fraud, as charged in Count 1 of the Indictment, in violation of 18 U.S.C. § 1349, and to Conspiracy to Commit Computer Hacking, as charged in Count 16, in violation of 18 U.S.C. § 371. Dkt. No. 42. The Defendant agreed in his Plea Agreement to forfeit his interest in the Subject Property identified as items 1-8, above, pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1030(i), each of which constitutes or is derived from proceeds of, and/or facilitated his commission of the Conspiracy to Commit Computer Hacking, as charged in Count 16. *Id.*, ¶ 9. In his Plea Agreement, the Defendant additionally agreed to forfeit the above-identified sum of money in the amount of $100,000 representing proceeds he personally obtained from his commission of Conspiracy to Commit Wire Fraud, as charged in Count 1, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). *Id.*

To comply with the timing requirements of Fed. R. Crim. P. 32.2(b)(2)(B), the United States now moves for entry of a Preliminary Order of Forfeiture, forfeiting Defendant's interest in Subject Property, and an Order of Forfeiture, forfeiting the

///

///

///

Combined Motion for Entry of a Preliminary Order of
Forfeiture & Order of Forfeiture- 3
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendant's interest in the sum of money in the amount of $100,000 representing proceeds. A proposed Preliminary Order of Forfeiture and a proposed Order of Forfeiture are submitted with this motion.

DATED this 21st day of March, 2022.

Respectfully submitted,

NICHOLAS K. BROWN
United States Attorney

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Combined Motion for Entry of a Preliminary Order of
Forfeiture & Order of Forfeiture- 4
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2022, I electronically filed the foregoing Combined Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

    *s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4132
Donna.R.Taylor@usdoj.gov

Combined Motion for Entry of a Preliminary Order of
Forfeiture & Order of Forfeiture- 5
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970