# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DENYS IARMAK<br><br>Defendant | Docket No. 2:19CR00257RSM-001<br><br>**ORDER TO APPEAR TELEPHONICALLY** |

The Court has reviewed and considered the Defendant's Motion to Appear Telephonically for the hearing scheduled on April 7, 2022 at 10:00 AM, due to risks presented by the ongoing COVID-19 pandemic. The motion is GRANTED.

IT IS HEREBY ORDERED that Defendant's out-of-state counsel may appear telephonically on April 7, 2022. Counsel will be provided the dial-in information by the courtroom deputy clerk via email. Defendant will appear in person, with local counsel.

Dated this 21st day of March, 2022

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE