UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No.: 2:19CR00257RSM-001 |
| ) | |
| v. ) | |
| ) | **DEFENDANT'S MOTION** |
| ) | **TO FILE UNDER SEAL** |
| ) | |
| DENYS IARMAK ) | |

_____

      Comes now the Defendant Denys Iamark, by and through counsel Charles Kaser, files this Motion to file his Sentencing Memorandum under Seal.

      The Defendant's filing, referenced above, contains sensitive information, and for reasons set forth therein, the Defendant respectfully requests that the aforementioned filing be permitted to be filed under seal.

      The Government does not oppose this request.

Dated: March 29, 2022        Respectfully submitted,


/s/ Charles Kaser

_____

    Charles Kaser, Esq.
    Sharova Law Firm
    147 Prince Street, 4th Floor
    Brooklyn, NY 11201