Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>DENYS IARMAK<br><br>          Defendant. | No. CR19-257-RSM<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Denys Iarmak's interest in the following property:

- A sum of money in the amount of $100,000 representing the proceeds the Defendant obtained as a result of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349. This sum of money is separate and distinct from the restitution that is ordered in this case.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

- Pursuant to the Plea Agreement he entered on November 22, 2021, the Defendant agreed to forfeit the above-identified sum of money in the amount of $100,000 as it represents the proceeds the Defendant personally obtained as a result of Conspiracy to Commit Wire Fraud. Dkt. No. 42, ¶ 9;

- The sum of money in the amount of $100,000 is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and his Plea Agreement, the Defendant's interest in the above-identified sum of money in the amount of $100,000 is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order of Forfeiture will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3) No right, title, or interest in the sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy the sum of money, in whole or in part, the United States may move to amend this Order at any time to include substitute property having a value not to exceed $100,000;

5) Forfeiture of the sum of money is separate and distinct from the restitution that is ordered in this case; and

///

Order of Forfeiture - 2
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 5th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Order of Forfeiture - 3
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970