UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

_____

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | Docket No.: 2:19CR00257RSM-001 |
| | ) | |
| v. | ) | ORDER TO FILE UNDER SEAL |
| | ) | |
| | ) | |
| | ) | |
| DENYS IARMAK | ) | |

_____

Having reviewed and considered the Defendant's Unopposed Motion to Seal and because of the

sensitive information contained in Defendant's Sentencing Memorandum;

It is hereby ORDERED that the Defendant's Sentencing Memorandum shall be

filed and remain sealed until further order of the Court.

DATED this 5th day of April, 2022

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Charles Kaser

_____

Sharova Law Firm
Attorney for Defendant