The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-257-RSM |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| DENYS IARMAK, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. One (1) laptop identified as FBI evidence item 1B222;

2. One (1) silver Dell XPS laptop, bearing no. 2RR74H2, with charger, identified as FBI evidence item 1B208;

3. One (1) black Xiaomi A1 cell phone, with a note labeled "password: 19871988", identified as FBI evidence item 1B207;

4. Two (2) Sandisk Micro Chip 16 GIGABYTE Motorola MicroSD cards, identified as FBI evidence item 1B206;

5. One (1) Sandisk 32 GIGABYTE thumbdrive, identified as FBI evidence item 1B205;

Final Order of Forfeiture - 1
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. One (1) black Xiaomi A2 cell phone, with a note labeled "password: 007700", identified as FBI evidence item 1B204;

7. One (1) Sandisk Cruzer Blade 64 GIGABYTE thumbdrive, identified as FBI evidence item 1B203; and

8. One (1) phone/laptop charging cord, identified as FBI evidence item 1B202.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On April 5, 2022, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 18 U.S.C. §§ 982(a)(2)(B), and 1030(i), and forfeiting the Defendant's interest in it. Dkt. No. 57;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 63) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibits A & B); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

Final Order of Forfeiture - 2
*United States v. Denys Iarmak,* CR19-257-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 15th day of August, 2023.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Denys Iarmak,* CR19-257-RSM