The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DENYS IARMAK, <br><br> Defendant. | NO. CR19-257 RSM <br><br> ORDER TO AMEND JUDGMENT |

THE COURT, having considered the stipulated motion of the parties requesting entry of an Amended Judgment, finds entry of the requested Amended Judgment appropriate in this case.

IT IS ORDERED that the Amended Judgment shall be entered.

DATED this  8th  day of September, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Elyne Vaught*
ELYNE M. VAUGHT
Assistant United States Attorney

Order to Amend Judgment - 1
*United States v. IARMAK.* / CR19-257 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970